CLARK PAPER AND MANUFACTURING COMPANY, Respondent, v. EDWARD D. STENACHER, Appellant.— Judgment affirmed, with costs. All concur,

except Kruse, P. J., who dissents upon the ground that even if the plaintiff is entitled to injunctive relief, the relief granted is too broad.